```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                      CIVIL MINUTES - GENERAL
```

Case No.   CV07-2072-JSL                     Date: Jan. 29, 2008

Title: Barbara Loney -v- Toyota.Scion of North Hollywood

=====================================================================
PRESENT:

**THE HONORABLE J. SPENCER LETTS**

    Nancy J. Webb                            Not Present
    Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   Not present                               Not present

PROCEEDINGS: ORDER TO SHOW CAUSE: (In chambers)

       IT IS ORDERED that counsel for plaintiff show cause in writing not later than Feb. 11,2008 why this action should not be dismissed for lack of prosecution.

       No oral argument will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff(s) response.  The Court will consider as a satisfactory response the filing of one or more of the following on or before the date shown above.

      __Proof of Service of summons and complaint on all defendants.

      -X-+efendants answer or plaintiff's request to enter default.

      X_Plaintiff's filing of a motion for entry of default Judgment (or request to the Clerk - See F.R.C.P.)

MINUTES                              Initials of Deputy Clerk___nw
CIVIL - GEN